IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RENDELL MILLER and
EUGENE L. CHERRY,

                Petitioners,

  v.                                     ORDER
JON LITSCHER, GARY BOUGHTON,          08-cv-44-jcs
BURTON COX and PETER HUIBREGTSE,

                Respondents.
_____

    Petitioners has submitted a complaint. Petitioner Miller has submitted a request to proceed <u>in forma pauperis</u> together with an affidavit of indigency and a certified copy of his trust fund account statement. Before his request can be addressed petitioner Cherry shall submit an affidavit of indigency and a certified copy of his trust fund account statement for the last six months.

    Failure to submit this information by February 13, 2008 may result in dismissal of this action for failure to prosecute.

ORDER

    IT IS ORDERED that petitioner Cherry shall submit his affidavit of indigency and trust fund account statement by February 13, 2008 or this action may be dismissed for his failure to prosecute.

    Entered this 23rd day of January, 2008.

                                  BY THE COURT:

                                      /s/
                             _____
                             JOHN C. SHABAZ
                             District Judge

Case: 3:08-cv-00044-jcs   Document #: 5   Filed: 01/23/2008   Page 2 of 2