# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

RENDELL MILLER,

       Plaintiff,

   v.

BURTON COX,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-044-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____12/24/08_____
Date